UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALIMO MKOMA, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ACE PARKING MANAGEMENT, INC., et al.,<br><br>Defendants. | Case No.:  21cv1693-MMA (MSB)<br><br>**ORDER GRANTING IN PART JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE AND RELATED DATES [ECF NO. 9]** |

On October 22, 2021, the parties filed a "Joint Motion to Continue Early Neutral Evaluation Conference and Related Dates." (ECF No. 9.) They ask the Court to continue the Early Neutral Evaluation ("ENE") currently scheduled for November 9, 2021, until a date after November 15, 2021, and to correspondingly continue all other related deadlines. (Id. at 2.) In support, the parties state that lead counsel for Defendant, James Fessenden, will not be able to attend the ENE because of a scheduling conflict. (Id.) They further state that Defendant's pending Motion to Compel Arbitration [ECF No. 8], which was filed after the Court issued its order setting ENE and Case Management Conference ("CMC"), seeks to compel private arbitration of all claims at issue in the case. (Id.) The parties argue that "a brief continuance of the ENE would

promote judicial economy by allowing [the District Judge] to rule on this threshold issue before conducting a settlement conference and setting case deadlines." (Id.)

Having considered the joint motion and finding good cause, the Court **GRANTS in part** the motion. The Court **VACATES** the ENE and CMC currently scheduled for November 9, 2021, at 9:30 a.m. The parties are **ORDERED** to contact the chambers of Judge Berg within **five court days** of the District Judge's ruling on the pending Motion to Compel Arbitration [ECF No. 8] to reset the ENE, CMC, and related deadlines.

**IT IS SO ORDERED**.

Dated: October 22, 2021

Honorable Michael S. Berg
United States Magistrate Judge